UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


AARON PITTMAN,

      Plaintiff,

vs.                                                    Case No.   5:19-CV-00001

SUNLAND CENTER,
FLORIDA AGENCY FOR PERSONS
WITH DISABILITIES d/b/a APD,

      Defendant.
_____/

## PETITION FOR REMOVAL

Defendant, FLORIDA AGENCY FOR PERSONS WITH DISABILITIES, by and through the undersigned attorney, represents that:

1.     This action is brought pursuant to 42 U.S.C. §2601-2654 and Florida Statutes §760, et. seq. This Defendant is a party in an action now pending in the Circuit Court of the Fourteenth Judicial Circuit in and for Jackson County, Florida, in which AARON PITTMAN, is the Plaintiff, and the causes of action stated in this Complaint is race discrimination pursuant to Florida law, civil conspiracy, defamation per se, intentional infliction of emotional distress pursuant to Florida law, whistle-blower retaliation pursuant to Florida law, and violation of the Fair Pay Act under federal law.

2.     The complaint states claims of violation of the Lily Ledbetter Fair Pay Act of 2009.

3.     This Court has jurisdiction by reason of the federal claims brought by

the Plaintiff.

4.      Defendant desires to remove such action from the Circuit Court of the Fourteenth Judicial Circuit, in and for Jackson County, Florida, to the United States District Court for the Northern District of Florida, Panama City Division, and states that the matter became removable on December 12, 2018, the date that Defendant was served with a copy of the Complaint.

5.      With this Petition is filed a copy of the complete court file and the proceedings in state court constituting all process, pleadings and orders served upon this Defendant.

FLORIDA AGENCY FOR PERSONS WITH DISABILITIES, prays that such action be removed to the United States District Court for the Northern District of Florida, Panama City Division.

DATED this 2nd day of January, 2019.

THOMPSON, CRAWFORD & SMILEY

THOMAS R. THOMPSON, ESQUIRE
Florida Bar No. 890596
tom@tcslawfirm.net
rebecca@tcslawfirm.net
Mallory R. Bennett, Esquire
Florida Bar No. 0124039
mallory@tcslawfirm.net
Post Office Box 15158
Tallahassee, FL 32317
(850) 386-5777
Fax: (850) 386-8507
ATTORNEY FOR DEFENDANT

STATE OF FLORIDA, TALLAHASSEE, TO WIT:

I HEREBY CERTIFY that on this 2nd day of January, 2019, before me, a notary public in and for the State aforesaid, personally appeared Mallory Bennett, Attorney for Defendant, who has read the foregoing Petition for Removal and acknowledged the contents thereof to be true to the best of his knowledge, information, and belief.

REBECCA RUTH ROHN
MY COMMISSION # GG 241792
EXPIRES: September 4, 2020
Bonded Thru Notary Public Underwriters

_____
Notary Public, State of Florida

_____
Print Name of Notary Public

Personally Known _____
Identification Produced _____

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing has been sent by electronic filing to James C. Davis, Esq. this 2nd day of January, 2019.

Thomas R. Thompson, Esq.